**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00162-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM LAWRENCE,

    Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

Pursuant to the telephone conference between counsel and Chambers staff, a Change of Plea hearing is set for **June 12, 2009 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse. Courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" shall be delivered separately to Judge Arguello's chambers and to the Probation Department no later than **noon on June 10, 2009**. <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>. The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

    DATED: May __6__, 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge